**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7631**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PHILIP MURPH, a/k/a Phillip Murph, a/k/a
Philip Murphy, a/k/a Phil,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (CR-94-36-BR, CA-97-80-7-BR)

———————————

Submitted:  July 28, 1998            Decided:  August 24, 1998

———————————

Before NIEMEYER and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Marcia Gail Shein, LAW OFFICES OF MARCIA G. SHEIN, P.C., Atlanta, Georgia, for Appellant.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). Appellant's conviction became final on September 11, 1995. On April 24, 1997, Appellant filed a § 2255 motion. The district court denied relief because Appellant filed his motion outside the one-year limitation period imposed by § 2255. Pursuant to our recent decision in Brown v. Angelone, ___ F.3d ___, Nos. 96-7173, 96-7208, 1998 WL _____ (4th Cir. July 14, 1998), Appellant had until April 23, 1997, in which to file a timely motion. Accordingly, because Appellant filed his § 2255 motion after April 23, 1997, we deny a certificate of appealability and dismiss the appeal. United States v. Murph, Nos. CR-94-36-BR; CA-97-80-7-BR (E.D.N.C. Oct. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2